UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TANI G, et al.,<br><br>    Defendants. | Case No. 20-cv-02788-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted an application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and plaintiff has not paid the fee, filed an application to proceed IFP or otherwise communicated with the Court. Therefore, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: August 3, 2020

_____
JAMES DONATO
United States District Judge